UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB SAVAGE, | No. 2:13-cv-0795 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On September 10, 2013, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant R.L. Andreasen was returned unserved because "CMF does not have authorization to accept service for" this defendant. (ECF No. 20.) Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed April 23, 2013;

/////

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Andreasen;

    b. Two copies of the endorsed complaint filed April 23, 2013; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: November 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mp; sava0795.8e

2

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   BOB SAVAGE,                              No. 2:13-cv-0795 JAM CKD P
12              Plaintiff,
13         v.                                 NOTICE OF SUBMISSION OF
                                              DOCUMENTS
14   CDCR, et al.,
15              Defendants.
16
17        Plaintiff hereby submits the following documents in compliance with the court's order
18   filed _____ :
19        ____      completed summons form
20        __1__     completed USM-285 forms
21        __2__     copies of the ____April 23, 2013_____
22                  Complaint
23   DATED:
24
25
26
27                                                    _____
28                                                    Plaintiff

3