UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB SAVAGE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　　Defendants. | No.  2:13-cv-0795 JAM CKD P<br><br><br><br>ORDER |

　　On February 13, 2014, this court ordered defendant Seabrooks to reimburse the United States Marshal for effecting personal service of the complaint or, alternatively, file a statement showing good cause for her failure to waive service. (ECF No. 28.) Defendant Seabrooks has filed a response. (ECF No. 29.) Good cause appearing, IT IS HEREBY ORDERED THAT:

　　1. The order directing defendant Seabrooks to reimburse the U.S. Marshal in the amount of $248.76 (ECF No. 28) is hereby discharged; and

　　2. The Clerk of Court is directed to serve a copy of this order on the U.S. Marshal.

Dated: March 10, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2 / sava0795.ord